UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ERNEST CORNELIUS WILLIAMS,      )
                                )
                Plaintiff,      )
                                )
        v.                      )        No. 4:06CV794(SNL)
                                )
DENNIS N. SMITH,                )
ST. LOUIS COUNTY PROSECUTOR,    )
21ST JUDICIAL CIRCUIT OF        )
MISSOURI,                       )
MARSHALL CRAIG,                 )
MISSOURI COURT OF APPEALS,      )
EASTERN DISTRICT OF MISSOURI,   )
JOHN ASHCROFT, and              )
DIRECTOR, MISSOURI DEPARTMENT    )
OF CORECTIONS,                  )
                                )
                Defendants.     )

ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)

IT IS HEREBY ORDERED that plaintiff's complaint is

DISMISSED, without prejudice, pursuant to 28 U.S.C. §

1915(e)(2)(B).

IT IS HEREBY CERTIFIED that an appeal from this

dismissal would not be taken in good faith pursuant to 28 U.S.C.

§ 1915(a)(3).

Dated this 12th day of June, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

PDF created with FinePrint pdfFactory trial version [www.pdffactory.com](http://www.pdffactory.com)